UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH JONES (#106850)

VERSUS

HOWARD PRINCE, ET AL.

CIVIL ACTION

NO. 12-36-JJB-SCR

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 14, 2012 (doc. no. 13). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Partial Summary Judgment For Failure to Exhaust Administrative Remedies filed on behalf of defendant Warden Howard Prince is GRANTED and the claims against him are DISMISSED without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the claims in forma pauperis status.

Baton Rouge, Louisiana, this 7th day of June, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA